■ In the Matter of LEONARD WALKER, Petitioner, v LEWIS BART STONE et al., Respondents. [874 NYS2d 857]—Application for

an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur— Saxe, J.P., Catterson, McGuire, Moskowitz and Acosta, JJ.